```
 1  RAINES FELDMAN LLP
    Miles J. Feldman (Bar No. 173383)
 2       mfeldman@raineslaw.com
    Laith D. Mosely (Bar No. 250832)
 3       lmosely@raineslaw.com
    Nicole L. Halle (Bar No. 261109)
 4       nhalle@raineslaw.com
    9720 Wilshire Boulevard, 5th Floor
 5  Beverly Hills, California 90212
    Telephone: (310) 440-4100
 6  Facsimile: (310) 691-1943

 7  Attorneys for Avid Life Media, Inc.,
    Avid Dating Life, Inc. dba Ashley Madison,
 8  ALM Labs, Inc., Cougar Life Inc., and Noel Biderman
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVID LIFE MEDIA, INC., an Ontario corporation, and AVID DATING LIFE, INC., an Ontario corporation dba ASHLEY MADISON,<br><br>Plaintiffs,<br><br>vs.<br><br>DIGISEC MEDIA AS dba www.victoriamilan.com, a Norway company; SIGURD VEDAL, an individual, and DOES 1 through 10,<br><br>Defendants | Case No. 12-cv-08602-JAK (FMOx)<br>[Lead Case]<br>[Consolidated with Case No.13-CV-01849-JAK (MANx)]<br><br>**DECLARATION OF RIZWAN JIWAN**<br><br>[Assigned to John A. Kronstadt] |
| DIGISEC LIMITED, a Cyprus company,<br><br>Plaintiff,<br><br>vs.<br><br>AVID LIFE MEDIA, INC., an Ontario Corporation; AVID DATING LIFE, INC., an Ontario corporation; ALM LABS, INC., an Ontario corporation, COUGAR LIFE INC., an Ontario corporation, NOEL BIDERMAN, an individual, and DOES 1 through 10,<br><br>Defendants | |

# DECLARATION OF RIZWAN JIWAN

I, Rizwan Jiwan, declare:

1. I am the Chief Operating Officer of Avid Life Media, Inc. (the "Company"), which wholly owns, Avid Dating Life, Inc., a corporation organized under the laws of Ontario, Canada. I am a resident of Toronto, Canada and am over 18 years old. I have personal knowledge of the matters set forth herein, and if called as a witness I could testify competently thereto.

2. I attended Queen's University (Kingston, Ontario) from 2000 to 2005 and obtained a degree in B.Sc. Computer Engineering (Software Specialization). I also attended the Rotman School of Business at the University of Toronto from 2006 to 2008 and obtained an MBA.

3. The Company wholly owns ALM Labs, Inc. ("ALM"), a corporation organized under the laws of Ontario, Canada. I am an officer of ALM. I am actively involved in the operations of ALM. ALM does not conduct any business in California. It has no offices in California and no employees in California and, no revenue or expenditures in California.

4. The Company also wholly owns, Cougar Life, Inc., a corporation organized under the laws of Ontario, Canada. Avid Dating Life, Inc., ALM Labs, Inc., and Cougar Life, Inc., are collectively referred to herein as the "Canadian Companies." I am actively involved in the operations of each of the Canadian Companies.

5. One of my duties at the Canadian Companies includes overseeing all of the technical analytics of all of the websites run by the Company and the other Canadian Companies.

6. The Company operates the Ashley Madison service at <ashleymadison.com> (the "Ashley Madison Site"). Ashley Madison is an online dating website that focuses on facilitating discreet adult relationships in an online

environment with the possibility that the online relationship will mature into a physical meeting.

7. In its Complaint, Digisec alleges that it was harmed because users were supposedly referred to the Ashley Madison Site from certain websites: <victoriarnilan.com>, <victoriamilandating.com> and <victoriamilan.ca> (collectively, the "Disputed Websites"). No such referrals occurred in the United States. In other words, as discussed below, the alleged activity causing harm occurred totally outside of the United States.

8. The Company and the Canadian companies use in-house MySQL and MarinaDB databases to track information relating to click throughs, sign ups and purchases on the Ashley Madison Site. MySQL and/or MarinaDB databases have been used since the launch of the Ashley Madison Site. I have used the MySQL and MariaDB database servers for nearly 4 years to retrieve data relating to all of the Web sites operated by the Company and the Canadian Companies, including the Ashley Madison Site. Such data is imported into the databases in an automated fashion from each website immediately at the time of the transaction. Specifically, when a member signs up, data relating to that member, including the referring website, the member's login name, location and computer identification are conveyed to the database and stored in the database in the regular course of business. The date the member registered and the Web site from which the member signed up also are stored in the database in the ordinary course of the Company's operations. Thus, the database tracks whether the member "clicked through" a referring site such as the alleged Disputed Websites and later signed up or purchased. The database does not manipulate such data, but maintains it exactly as it was entered by a user or visitor to the website. I routinely use this database to pull up data relevant to the various Company operations and I know from my experience in the field that such data is generally accepted as being reliable.

9. Using SQL database queries I entered directly into our in-house MySQL and MariaDB servers, I did a search for the number of United States residing users who signed up for and/or purchased products from the Ashley Madison Site that were referred to the Ashley Madison Site through the Disputed Websites. The SQL queries I used only read the data from the databases and I personally don't have any write access to the database used. The direct SQL database queries showed that no users residing in the United States signed up or made a purchase through the Ashley Madison Site that "clicked through" or were referred from the Disputed Websites. A true correct copy of a redacted print-out of that query is attached to this declaration as Exhibit "A." The redactions are only of my user name, the server name and the version of the software used (which are not relevant to the search or the results).

10. In addition, Ashley Madison has been using the Google Analytics Tracking program since May 2006 to measure the visitors to the site. Based on nearly 4 years of experience with measuring and analyzing internet performance metrics using various programs, I am familiar with and know the generally accepted programs for measuring data accurately and reliably. The Google Analytics Tracking program is without doubt generally accepted among internet sites that are interested in measuring consumer traffic and consumer behavior, and the data provided by such program is relied upon routinely by industry professionals. In many instances, the Google Analytics Tracking program sets the standard with respect to measuring internet performance and consumer metrics. The manner in which data is retrieved from that program is by executing searches using different variables. One set of data would include how many visitors arrived at Ashley Madison from a referring website. Thus, to determine that number I logged into Google Analytics, created a custom segment to determine the number of all visitors to Ashley Madison Site from the United States that "clicked through," or were

1 | referred from, the Disputed Websites. The result of my query of Google Analytics
2 | was that no visitors matched the criteria I entered.

3 |     11.   In other words, based on the research above, no visitors to the Ashley
4 | Madison Site from the United States were referred from the Disputed Websites.

6 | I declare under penalty of perjury under the laws of the United States of
7 | America that the foregoing is true and correct.

9 | Executed this __10__ day of October, 2013 Toronto, Canada.

*[signature]*
RIZWAN JIWAN

-5-
DECLARATION OF RIZWAN JIWAN